AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

Sprint Pocket PDA Model #
Serial #
Silver in Color
Washington, DC

**FILED**
OCT 2 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER: 06 - 461 - M - 01

(Further described below)

I ___Christopher M. Archer___ being duly sworn depose and say:

I am a(n) ___Detective, Metro Transit Police Department___ and have reason to believe
(Official Title)

that ☐ on the person of or ☒ on the property or premises known as a silver in color Sprint Pocket Personal Digital Assistant (PDA) with Model ___ and Serial ___ as described in paragraph 1 of the affidavit, which is incorporated by reference herein,

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)

records or data within the Personal Digital Assistant, including telephone numbers, text messages, voice messages, and/or subscriber information.

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure), EVIDENCE OF A CRIME.

concerning a violation of Title _21_ United States Code, Section(s) _841, 846_. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT, INCORPORATED HEREIN BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.   ☒ YES   ☐ NO

Kenneth F. Whitted, AUSA
Organized Crime and Narcotics Trafficking
(202) 514-7298

Signature of Affiant
Christopher M. Archer, Detective
Metro Transit Police Department, Washington D.C.

Sworn to before me, and subscribed in my presence

OCT 27 2006
Date
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

at Washington, D.C.

Signature of Judicial Officer

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

**ITEM TO BE SEARCHED:** The item to be searched is described as a silver, Sprint Pocket PDA (Personal Digital Assistant) with Model # BTR6700 and Serial # PPC6700/XV6700.

The affiant, Christoper Archer, is a police detective with the Metro Transit Police Department's Criminal Investigations Division. The affiant is responsible for the investigation of criminal offenses, including narcotics violations and violations of the District of Columbia Uniformed Controlled Substances Act and the United States Controlled Substances Act. The affiant has been a law enforcement officer for approximately seventeen (17) years and has served as a criminal investigator in various capacities for more than ten (10) years. The affiant has been involved in more than five hundred (500) narcotics related arrests. Moreover, the affiant has been involved in the application for, the execution of, and service of narcotics related search warrants. The affiant has received basic and advanced training in the areas of general law enforcement, investigations, criminal law, narcotics enforcement and interdiction and the laws governing arrest, search and seizure.

The affiant reports that on September 23, 2006 a Metro Transit Police Officer, while on routine uniformed patrol, observed the suspect, later identified as David BLAKE urinating in/on public space at the intersection of 7th & G ST., NW, Washington, D.C. During subsequent stop and investigation, the Defendant made numerous hand gestures toward his front pants pocket area, to include the front pockets of his jacket. Mr. BLAKE also failed to make his identity known. Ultimately, BLAKE consented to a limited protective pat-down of his person, during which time the MTPD Officer felt a large object in the suspect's left front jacket pocket. When asked what this object was, the suspect said it was a purse. When the MTPD Officer requested to remove this item to look for identification, the suspect said yes. At this time, the MTPD Officer removed a green and blue purse from the suspect's left front jacket pocket and the suspect fled on foot but was apprehended a short time later. When asked why he ran, the suspect said, " because it was drugs in the man purse." The suspect was taken into custody at that time. Recovered from this purse was six (6) fist (or hand) sized rocks (approximately 187 grams) of white rock like substances in clear plastic zip-lock bags which were subsequently field-tested on the scene and achieved a positive color reaction for the presence of HCL (Cocaine Hydrochloride), the active ingredient in crack cocaine. Recovered incident to arrest was a small amount of powder cocaine, one thousand two hundred and thirty-four ($1234.00) dollars in United State's currency and one (1) silver colored Sprint PDA with Model # BTR6700 and Serial # PPC6700/XV6700. During the recovery and on-the-scene examination of the Spring PDA, a text message came over the PDA. The MTPD Officer observed in plain-view this text message from an unknown person. The message requested the delivery of an amount of narcotics from the suspect. This PDA is a Personal Digital Assistant. More specifically, it is a hand-held personal computer which – among other things – acts as a cellular telephone and text messaging system. The quantity of illegal drugs

recovered is consistent with an amount possessed for distribution purposes. This particular PDA has been in the custody of Metro Transit since September 23, 2006.

The affiant believes that there is sufficient probable cause to believe that the Sprint PDA recovered in the possession of, and during the search incident to arrest of, Mr. David BLAKE maintains records, including telephone numbers, text messages, voice messages, and/or subscriber information directly relating to the possession with the intent to distribute, distribution of illegal narcotics, and conspiracy to commit the same, in violation of 21 U.S.C. §§ 841, 846.

In the experience of the affiant, individuals who commit narcotic related offenses of this type possess mobile/cell/PDA phones with which to maintain and facilitate their drug trafficking business. These mobile/cell/PDA phones contain and maintain records or data related to their drug trafficking business. The type of records or data include telephone numbers, text messages, voice messages, and/or subscriber information pertaining to drug trafficker's customers, suppliers, accomplices or co-conspirators.

Based on the above set of facts and circumstances, the affiant respectfully requests that a search warrant be issued for the silver, Sprint Pocket PDA (Personal Digital Assistant) with Model # BTR6700 and Serial # PPC6700/XV6700, to search for and recover records or saved data, including telephone numbers, text messages, voice messages, and/or subscriber information contained within the PDA.

_____
**Christopher M. Archer # D-912**
**Detective, Metro Transit Police Department**



**Sworn to be before me this ____ day of October, 2006.**



_____
**Magistrate, United States District Court**
**For The District Of Columbia**