AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of

Sprint Personal Digital Assistant (PDA)
Model #          Serial #
Silver in color

Washington, DC

**SEARCH WARRANT**

CASE NUMBER:

06 - 461 - M - 01

TO: ___Christopher M. Archer___ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Detective Christopher M. Archer__ who has reason to believe that ☐ on the person or on the object known as a silver, Sprint Personal Digital Assistant (PDA)Model #          , Serial #          is also described in paragraph 1 of the affidavit, which is incorporated by reference herein)

in the District of Columbia, there is now concealed property, namely records or data within the Personal Digital Assistant, including telephone numbers, text messages, voice messages, and/or subscriber information.

SEE AFFIDAVIT, WHICH IS INCORPORATED HEREIN BY REFERENCE

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before __Monday, November 6, 2006__
(Date)

(not to exceed 10 days) the person or object named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

OCT 27 2006 @ 12:50

Date and Time Issued

U.S. MAGISTRATE JUDGE

at Washington, D.C.

_____
Signature of Judicial Officer

Name and Title of Judicial Officer

AO 109 (2/90) Seizure Warrant

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 10-27-2006 | 11-02-2006  1700 hrs. | Prisoners Property |

INVENTORY MADE IN THE PRESENCE OF  MTPD Detective Gail Welsh

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

Owner/subscriber number listed as:

Contact/numbers listed as:   Unknown
                             Kamilla

Text messages listed as:

  09-19-2006    0919 hours   "
  09-06-2006    0958 hours   "
  09-10-2006    2315 hours   "

**FILED**

NOV 0 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

Christopher Archer

Subscribed, sworn to, and returned before me this date.

_____  11/3/06
U.S. Judge or U.S. Magistrate Judge   Date